EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: Roberto Cruz Hernández | 2014 TSPR 96 191 DPR ____ |

Número del Caso: TS-12,447

Fecha: 6 de agosto de2014

Abogada del Peticionario:

Lcda. Doris Hernández Díaz

Materia: Reactivación Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Roberto Cruz Hernández

TS-12447

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de agosto de 2014.

Examinada la *Solicitud de cambio a estatus de abogado activo* presentada por el peticionario Roberto Cruz Hernández, se provee ha lugar.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo